UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ROSALIND HAIRSTON, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. C-08-382 |
| § | |
| PETE GEREN, *et al*, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

In accordance with this Court's Order GRANTING Defendant's Motion for Summary Judgment (D.E. 21), the Court hereby enters final judgment DISMISSING this case in its entirety.

SIGNED and ORDERED this 26th day of October, 2009.

_____
Janis Graham Jack
United States District Judge